## McBRIDE'S APPEAL.

Appeal, No. 97, Jan. T., 1892, from O. C. Phila. Co., in above estate, by Francis P. McBride, a residuary legatee. Argued with preceding case.

OPINION BY MR. JUSTICE McCOLLUM, January 3, 1893:

For reasons given in the opinion filed in the appeal of the

St. John's Orphan Asylum, No. 96, Jan. T., 1892, the decree is affirmed and the appeal is dismissed at the cost of the appellant.